**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TROY LASTIE** | **CIVIL ACTION** |
| **versus** | **NO. 08-189** |
| **JEFFERY TRAVIS** | **SECTION: "I" (1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Troy Lastie** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that petitioner's motion to withdraw application for writ of *habeas corpus* is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this __18th__ day of ____July____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**